**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugene Allen Doerr,  )<br>  )<br>Petitioner,  )<br>  )<br>vs.  )<br>  )<br>Dora B. Schriro et al.,  )<br>  )<br>Respondents.  )<br>_____ ) | No. CV 02-0582-PHX-PGR<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Pending before the Court is Respondents' request for this Court to order release of property under the control of the Clerk of the Maricopa County Superior Court. (Dkt. 139.) Specifically, Respondents request that an exhibit from Petitioner's trial be released to the victim's mother.

As noted, this trial exhibit is under the custody and control of the Clerk of the Maricopa County Superior Court. (No. CR 94-08531, State's Exhibit No. 13.) The requested exhibit is not a subject of this Court's habeas inquiry. Consequently, this matter should be brought in the Maricopa County Superior Court for their considered determination and handling regarding this matter.

Accordingly,

**IT IS HEREBY ORDERED** denying Respondents' motion. (Dkt. 139.) Respondents' motion, on behalf of the victim's mother, should be properly addressed to the Maricopa County Superior Court.

1  DATED this 10th day of September, 2008.

_____
Paul G. Rosenblatt
United States District Judge

- 2 -